IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RUBEN JAMES BUCHANAN,<br><br>　　　　　　　　　Defendant. | **8:14CR3**<br><br>**ORDER** |

　　　　Before the court is the Findings and Recommendation ("F&R") of United States Magistrate Judge Thomas D. Thalken, Filing No. 37.  No objection has been filed to the F&R.  Pursuant to NECrimR 59.2 and 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the record and adopts the F&R in its entirety.

　　　　THEREFORE, IT IS HEREBY ORDERED that:

　　　　1.  The F&R, Filing No. 37, is adopted in its entirety; and

　　　　2.   The defendant's motion to suppress, Filing No. 11, is granted to the extent the court should suppress all statements Buchanan made following invocation of his right to remain silent at seventeen minutes and thirty-five seconds into the interrogation.

　　　　Dated this 30th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　United States District Judge