# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:14CR03** |
| vs. | ) | **ORDER** |
| **RUBEN JAMES BUCHANAN,** | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Mercy Medical Center - Sioux City to modify, or in the alternative, to quash a subpoena duces tecum in the above captioned case (Filing No. 58). The motion is granted to the extent defendant's counsel shall provide an alias subpoena duces tecum to the clerk of this court naming the Iowa Department of Human Services for compliance with the court's previous order requiring the production of records. The Clerk shall issue such subpoena.

**IT IS SO ORDERED.**

DATED this 25th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge