# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:14CR03** |
| vs. | |
| **RUBEN JAMES BUCHANAN,** | **ORDER** |
| Defendant. | |

This matter is before the court on the defendant's Motion to Reconsider the Court's Order to Modify Subpoena (hereinafter, the "Order" (Filing No. 62)) (Filing No. 63). After conferring with the parties and learning of new evidence that neither the defendant nor Mercy Medical Center – Sioux City (hereinafter, "MMC") were aware of at the time MMC filed its Motion to Modify Or, In The Alternative, Quash Subpoena Duces Tecum (Filing No. 58), and in light of Iowa Code Ann. § 217.30, the court hereby vacates the Order (Filing No. 62) and orders MMC to produce the documents in its possession identified in the Subpoena Duces Tecum (Filing No. 48) and deliver the documents to the courtroom of United States Magistrate Judge Thomas D. Thalken, Roman L. Hruska Courthouse, 111 South 18th Plaza, Omaha, Nebraska 68102, no later than 12:00 p.m. on Tuesday, July 1, 2014. Accordingly,

**IT IS ORDERED**:

1. The defendant's Motion to Reconsider the Court's Order to Modify Subpoena (Filing No. 63) is granted.

2. The defendant's Motion for an Order to Show Cause (Filing No. 65) is denied.

Dated this 30th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge